UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 16-24 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| CODY JESSE CHASE, | ) | |
| Defendant. | ) | |

Offense charged in Complaint: Felon in Possession of Firearm

Date of Detention Hearing:    January 22, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community or that defendant will make his future appearances as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) When arrested as a "prowler," defendant was asleep or passed out in his car, which was parked in the driveway of a residence of someone he did not know.

DETENTION ORDER
PAGE -1

(2) A search of the vehicle yielded a loaded semi-automatic pistol along with additional magazines. Also found were various materials indicative of drug trafficking. These included a scale with a grimy residue similar to heroin; a cellular phone; a roll of U.S. Currency; and substances believed to be heroin and methamphetamine;

(3) Defendant has various felony convictions, including offenses involving controlled substances, possession of a firearm, and attempting to elude a police vehicle.

(4) This court's pretrial services officer did not receive permission to interview defendant.

(5) Defendant has violated state DOC supervision on four occasions, three of which were failing to report and absconding from supervision.

(6) The Washington State DOC Community Corrections Officer reports defendant has a history of using heroin and methamphetamine, and that defendant does not have a reported residence address. Defendant told arresting officers he is homeless, and living in his car.

(7) Defendant and his counsel stipulated to the entry of an Order of Detention.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of January, 2016.

s/ John L. Weinberg<br>United States Magistrate Judge

DETENTION ORDER
PAGE -3