CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-028-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH DISPOSITION HEARING BY VIDEO |
| CODY JESSE CHASE, | |
| Defendant. | |

THE COURT has considered Cody Chase's unopposed motion to proceed with his disposition hearing by video, along with all the records and files in this case.

THE COURT NOW ORDERS that the disposition hearing scheduled for April 16, 2021, at 1:00 p.m. shall take place over video.

DATED this 7th day of April 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Cody Chase

ORDER TO PROCEED WITH DISPOSITION HEARING BY VIDEO
(*United States v. Chase*, CR16-028-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100